GUSTAVE HEYE, as Sole Surviving Executor of ALEXANDER M. LAWRENCE, Deceased, Appellant, *v.* HENRY M. TILFORD, as Sole Surviving Executor of JOHN C. GILES, Deceased, et al., Respondents.

*Heye* v. *Tilford*, 2 App. Div. 346, affirmed.
(Argued October 25, 1897; decided November 23, 1897.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 16, 1896, which affirmed a judgment in favor of defendant entered upon the report of a referee.

*Edward B. Hill* for appellant.

*Peter B. Olney* for respondents.

Judgment affirmed, with costs ; no opinion.
All concur.

---

REMY LAFORT, Respondent, *v.* WILLIAM R. BRIDGES, Impleaded, etc., as Assignee of JAMES H. CARPENTER, Appellant.

*Lafort* v. *Carpenter*, 91 Hun, 76, affirmed.
(Argued October 26, 1897; decided November 23, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the third judicial department, entered December 9, 1895, upon an order made December 3, 1895, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*J. Newton Fiero* for appellant.

*James B. Egan* for respondent.

Judgment and order affirmed, with costs, on opinion below.
All concur.